UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOUTHEAST MICHIGAN ALLIED
PRINTING TRADES COUNCIL,

                Plaintiff,

                                      Case No. 14-cv-14457
v.                                Hon. Arthur J. Tarnow

SCREENED IMAGES, INC.,
A Michigan Corporation,

                Defendant.

_____

| | |
|---|---|
| DAVID R. RADTKE (P47016) | KENNETH C. HARRISON (P39027) |
| MCKNIGHT, MCCLOW, CANZANO, | KENNETH C. HARRISON, P.C. |
| SMITH & RADTKE, P.C. | Attorney for Defendant |
| Attorneys for Plaintiff | 134 N. Main Street |
| 400 Galleria Officentre, Suite 117 | Plymouth, MI  48170 |
| Southfield, MI  48034 | 734-454-9610 |
| 248-354-9650 | kchpc9610@gmail.com |
| dradtke@michworklaw.com | |

_____

## STIPULATED ORDER OF DISMISSAL

        The parties have reached a settlement of the above-named lawsuit.  As part of the settlement, the parties have agreed to dismiss the lawsuit.  Therefore, by stipulation of the parties and the Court being otherwise advised in the premises;

        IT IS HEREBY ORDERED that this matter is dismissed in its entirety, with prejudice and without costs to either party.

Dated: March 10, 2015        s/Arthur J. Tarnow
                                Hon. Arthur J. Tarnow
                                United States District Court Judge

I hereby stipulate to entry of this Order.

By: */s/ David R. Radtke*                By: */s/ Kenneth C. Harrison* (with consent)
David R. Radtke (P47016)                KENNETH C. HARRISON (P39027)
McKNIGHT, McCLOW, CANZANO,               KENNETH C. HARRISON, P.C.
SMITH & RADTKE, P.C.                     Attorney for Defendant
400 Galleria Officentre, Suite 117       134 N. Main Street
Southfield, MI  48034                    Plymouth, MI  48170
248-354-9650                             734-454-9610
dradtke@michworklaw.com                  kchpc9610@gmail.com


Dated:   March 5, 2015

P:\Allied\SE MI\Screened Images\Pleadings\Dismiss Stip and Order.docx